# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brian Hile,

Civ. No. 13-1139 (ADM/JJK)

    Plaintiff,

v.

PJ Comn Acquisition Corp.,

**ORDER**

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 12, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Amended Complaint (Doc. No. 14), is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 6, 2014

s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Court